LDA

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

GMH MILITARY HOUSING MANAGEMENT, LLC and NORTHEAST HOUSING, LLC,
Plaintiffs,

v.

PEZZA CMS, INC. and GREGORY C. PEZZA,
Defendants.

C.A. No.

CA 06 474T

## COMPLAINT

Plaintiffs GMH Military Housing Management, LLC, and Northeast Housing, LLC complain of Pezza CMS, Inc. and Gregory C. Pezza as follows:

## PARTIES

1. GMH Military Housing Management, LLC ("GMH") is a Delaware limited liability company with its principal place of business at 10 Campus Boulevard, Newtown Square, Pennsylvania. None of the members of GMH are residents of Rhode Island. GMH has a contract to renovate certain military housing units owned by Northeast Housing, LLC.

2. Northeast Housing, LLC ("Northeast") is a Delaware limited liability company with its principal place of business at 10 Campus Boulevard, Newtown Square, Pennsylvania. None of the members of Northeast are residents of Rhode Island. Northeast is the owner of military housing units associated with eight United States naval installations in the northeastern region of the country. Northeast rents the housing units it owns to U.S. military personnel stationed at the naval installations.

3. Pezza CMS, Inc. ("Pezza CMS") is a Rhode Island corporation with its principal place of business at 1167 Main Street, Wyoming, Rhode Island.

4. Gregory C. Pezza ("Pezza") is a resident of Rhode Island and the controlling shareholder of Pezza CMS.

## JURISDICTION AND VENUE

5. Jurisdiction is proper under 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum of $75,000 and is between citizens of different states.

6. Venue is proper under 28 U.S.C. § 1391 in that both defendants are residents of Rhode Island, and a substantial part of the events giving rise to the claim occurred in Rhode Island.

## FACTUAL ALLEGATIONS

7. In 2005, GMH entered into contracts with Pezza CMS pursuant to which Pezza CMS undertook to renovate certain military housing units in Rhode Island and Connecticut. Pezza negotiated the contracts on behalf of his company.

8. The Pezza CMS contracts with GMH included (a) contract #R0010, entered into on or about January 20, 2005, under which Pezza CMS undertook to perform major renovations to ten housing units in Groton, CT ("Conning Towers"); (b) contract #R0018, entered into on or about May 10, 2005, under which Pezza CMS undertook to renovate three military housing units in Newport, RI ("Ft. Adams Historic"); (c) contract #R0020, entered into on or about May 6, 2005, under which Pezza CMS undertook to renovate two military housing units in Newport, RI ("Cloyne Court"); (d) contract #R0022, entered into on or about May 6, 2005, under which Pezza CMS undertook to renovate 110 housing units at Fort Adams in Newport, RI ("Fort Adams Non-Historic"); and (e) contract #R0036, entered into on or about September 2, 2005, under which Pezza CMS undertook to perform major renovations to twenty military housing units in Portsmouth, RI ("Melville").

9. Pezza CMS hired subcontractors and purchased materials to complete the renovations called for by the contracts with GMH. Pezza CMS submitted monthly draw requests to GMH for work performed and materials. GMH paid Pezza CMS's draw requests, but Pezza CMS failed to pay its subcontractors and materialmen for work performed on the GMH projects.

10. Pezza CMS failed to complete the renovations to Conning Towers, Cloyne Court, Ft. Adams Historic, Ft. Adams Non-Historic, and Melville in a timely and workmanlike manner. Pezza CMS also failed to perform other contracts with GMH in a timely and workmanlike manner. GMH terminated its outstanding contracts with Pezza CMS effective April 27, 2006.

11. As of April 20, 2006, Pezza CMS owed its subcontractors and materialmen $415,908 for work on GMH projects. GMH paid these subcontractors and materialmen directly. Including these payments, GMH has paid Pezza CMS and its subcontractors and materialmen approximately $283,939 more than the contract price for the renovations at issue. GMH has also incurred attorneys' fees and costs in resolving the claims of Pezza CMS's unpaid vendors.

12. GMH hired new contractors to complete the renovations Pezza CMS agreed to perform, and to remedy defective work. GMH has incurred additional costs of $199,160 for this work over and above the amounts paid to Pezza CMS and its vendors. GMH will incur further remedial and completion costs relating to Pezza CMS's untimely and defective renovation work in the future.

13. As a result of Pezza CMS's failure to complete renovations in a timely and workmanlike manner, GMH has been delayed in turning over renovated housing units to the owner, Northeast. Northeast has been delayed in making completed housing units available for rent, and has lost rental income of $538,314.27.

**COUNT I – Breach of Contract (Pezza CMS and Gregory Pezza)**

14. Plaintiffs reassert and reallege the allegations of paragraphs 1 through 13 as if incorporated in full herein.

15. GMH and Pezza CMS entered into valid and binding contracts for Pezza CMS to perform renovations to military housing units located in Connecticut and Rhode Island. GMH made payments and otherwise performed its obligations under its contracts with Pezza CMS. Pezza CMS failed to perform work as agreed, or performed work in a defective manner, in breach of its contractual obligations.

16. Pezza CMS and Pezza are alter egos. Pezza dominated and controlled Pezza CMS and operated it without regard to corporate formalities. Pezza CMS has not been in good standing with the Rhode Island Secretary of State since 1997. Pezza is individually liable for the obligations of Pezza CMS.

17. As a result of Defendants' breach of contract, GMH has suffered damages of approximately $283,939 on account of payments to Defendants and their vendors over and above Defendants' contract price. GMH has further been damaged in an amount equal to the additional costs it has and will incur to complete the renovations that Defendants agreed to perform, and to remedy Defendants' defective work, totaling $199,160 as of October 23, 2006. GMH has also incurred attorneys' fees and other costs as a result of Defendants' breach of contract.

**COUNT II – Indemnity (Pezza CMS and Gregory Pezza)**

18. Plaintiffs reassert and reallege the allegations of paragraphs 1 through 17 as if incorporated in full herein.

19. Defendants agreed to indemnify GMH and Northeast, the owner of the housing units, from and against any and all suits, actions, judgments, damages, claims, expenses, losses,

costs and expenses (including without limitation legal fees) incurred as a result of Defendants' failure to perform any of its agreements or obligations under the renovation contracts with GMH.

20. As a result of Defendants' breach of contract, GMH has suffered damages of $283,939 on account of payments to Defendants and their vendors over and above Defendants' contract price. GMH has further been damaged in an amount equal to the additional costs it has and will incur to complete the renovations that Defendants agreed to perform, and to remedy Defendants defective work, totaling $199,160 as of October 23, 2006. GMH has also incurred attorneys' fees and other costs as a result of Defendants' breach.

21. As a result of Defendants' breach of contract, Northeast has been delayed in making completed housing units available for rent, and has lost rental income of $538,314.27.

22. Defendants are liable to indemnify GMH and Northeast for their losses.

WHEREFORE, Plaintiffs demand judgment against Defendants awarding:

A. Damages and/or indemnity in an amount not less than $1,021,413.27, plus additional losses to be determined at trial;

B. Costs, interest and attorneys' fees; and

C. Such other and further relief as the court deems just and proper.

GMH MILITARY HOUSING MANAGEMENT, LLC and NORTHEAST HOUSING, LLC

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200 / (401) 861-8210 FAX
rkt@psh.com

DATED: October 26, 2006
879970_1/4057-5