# United States District Court

DISTRICT OF

RHODE ISLAND

GMH MILITARY HOUSING MANAGEMENT, LLC and NORTHEAST HOUSING, LLC

V.

PEZZA CMS, INC. and GREGORY C. PEZZA

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

CA 06 474T

TO: (Name and Address of Defendant)

GREGORY C. PEZZA
105 Woodville Road
Richmond, RI 02832

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Robert K. Taylor, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 10/26/06

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 11-01-06 |
|---|---|
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1167 Main Street Wyoming, R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): [signature]

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/01/06 At 1:41 PM — Robert J. Kilduff
*Date* — *Signature of Server*

16 Cornell Ave, Rumford, RI 02916
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.