Pezza CMS, Inc.
1167 Main Street
PO Box 340
Wyoming, RI 02898

November 17, 2006

TO: United States District Court for the District of Rhode Island

Answer to complaint: CA 06 474T

Answers to Factual Allegations:

7. Agreed

8. Agreed

9. Disagreed, All monies issued by GMH to Pezza CMS Inc. went to suppliers, subcontractors, payroll and overhead expenses.

10. Disagreed,

Conning Towers competed and occupied as of April 27, 2006.
Cloyne Court, Completed and occupied as of April 2006.
Ft. Adams Historic Interiors completed and occupied as of April 27, 2006
Ft. Adams Non Historic:

All work orders for units completed and occupied/Sscheduled to occupy with the exception of two units who completion date was May 1, 2006. As of April 27, 2006 the remaining two units were having carpet installed and clean up For a completion before May 1, 2006.

Melville was completed as far as I could go because GMH failed to have an agreement with Narragansett Electric which prevented completion of rough electrical work.

11. Disagreed as of April 27, 2006 GMH Military owed Pezza CMS, Inc. in excess of $600,000.00 for submitted requisitions for March 2005 and April 2005 along with numerous delays equitable adjustments to my contract and additional work to my contracts.

12. Disagree. Pezza CMS, Inc. remaining monies on contracts was more than sufficient to complete the only outstanding contract of Melville.

13. Disagree. GMH Military Housing delayed all contracts not Pezza CMS, Inc.

14. Disagree

15. Disagree, Pezza CMS work was never defective and asserts that GMH Military Housing Inc. took over the remaining projects and performed negligent work not following Life Safety Codes, Environmental Laws and Building Codes.

16. Disagree

17. Disagree

Count II

18. Disagree

19. Disagree, Pezza CMS, Inc. performed its obligations.

20. Disagree

21. Disagree

22. Disagree, Pezza CMS, Inc. is seeking damages as stated in liens on all properties in excess of $600,000.00

Gregory C. Pezza
Pezza CMS, Inc.

BY: ______________________
Gregory C. Pezza

1167 Main Street, Box 340
Wyoming, RI 02898
401-539-0999/401-0600 FAX

Dated: November 17, 2006