# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

GMH MILITARY HOUSING MANAGEMENT, LLC and NORTHEAST HOUSING, LLC,
Plaintiffs,

v.

PEZZA CMS, INC. and GREGORY C. PEZZA,
Defendants.

C.A. No. 06-474 T

## NOTICE OF DEPOSITION

TO: Mr. Gregory C. Pezza
1167 Main Street
Wyoming, RI 02898

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

PLEASE TAKE NOTICE that on **Wednesday, January 17, 2007 at 10:00 a.m.** at the law firm of Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island 02903, the Plaintiffs in this action, by their attorneys, will take the deposition upon oral examination of the Keeper of the Records of Heacock & Company before a notary public in and for the State of Rhode Island, or before an officer authorized to administer oaths. The deponent is to produce at that time any and all documents listed on Schedule A attached hereto. Said examination shall continue from day to day until completed.

You are invited to attend and cross-examine.

GMH MILITARY HOUSING MANAGEMENT, LLC and NORTHEAST HOUSING, LLC

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: December 18, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF DEPOSITION was sent by prepaid first class mail on the 18th day of December, 2006 addressed to the following:

Gregory C. Pezza
1167 Main Street
P.O. Box 340
Wyoming, RI 02898

/s/ Robert K. Taylor

**SCHEDULE A**

1. All documents referring, reflecting or relating to the assets or liabilities of Pezza CMS, from January 2004 to the present.

2. All documents referring, reflecting or relating to income or expenses of Pezza CMS from January 2004 to the present.

3. All documents referring, reflecting or relating to payments or transfers of money or property from Pezza CMS to any other person or entity, from January 2004 to the present.

4. All documents referring, reflecting or relating to payments or transfers of money or property to Pezza CMS from any other person or entity, from January 2004 to the present.

5. All documents referring, reflecting or relating to income or expenses of any corporation, partnership or other business entity owned in whole or in part by Pezza CMS or Gregory Pezza, from January 204 to the present.

892028_1/4057-5