UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GMH MILITARY HOUSING MANAGEMENT LLC, ET AL :
Plaintiff :
v. : C.A. No. 06-474T
:
PEZZA CMS, INC. and GREGORY PEZZA :
:
Defendant :

# VOLUNTARY DISMISSAL

The parties have agreed to voluntarily dismiss this case with prejudice under the following terms and conditions:

1. Full and mutual releases of all claims against the parties and their affiliates to be exchanged within five business days of the execution of this dismissal.

2. No admission of liability shall attach to the Defendant in this action.

Plaintiff's Counsel

Defendant

Gregory C. Pezza 7-31-2007

7.31.2007
Assistant Vice President
GMH Military Housing, LLC

Gregory C. Pezza President Pezza CMS Inc.
7-31-2007.

Dated this the 31st day of July 31, 2007.

Ernest C. Torres

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 8/10/07